**H. C. JONES, Collector of Internal Revenue, v. J. E. MABEE and L. E. Mabee, Trustees (formerly Directors and Sole Stockholders) of Mabee Consolidated Corporation, a Dissolved Corporation, and Transferees of Its Assets.**

No. 3337.

Circuit Court of Appeals, Tenth Circuit.

May 3, 1946.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

Charles H. Garnett, of Oklahoma City, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

[1] No opinions for publication.

PER CURIAM.

Appeal docketed and dismissed on appellant's motion.